# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:14-CV-569-RJC-DCK

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) ORDER<br>) |
| GREENHOUSE ENTERPRISE, INC. d/b/a SUSHI AT THE LAKE, | )<br>)<br>) |
| Defendant and Third-Party Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| NGM INSURANCE COMPANY D/B/A MAIN STREET AMERICA ASSURANCE COMPANY, | )<br>)<br>)<br>) |
| Third-Party Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Unopposed Motion To Amend Scheduling Order" (Document No. 36) filed January 27, 2016. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Defendants' counsel, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Unopposed Motion To Amend Scheduling Order" (Document No. 36) is **GRANTED**. Discovery shall be extended up to and including **April 11, 2016**.

Signed: January 28, 2016

David C. Keesler
United States Magistrate Judge