# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Equal Employment Opportunity Commission, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-00569-RJC-DCK |
| | ) | |
| vs. | ) | |
| Greenhouse Enterprise, Inc. d/b/a Sushi At The Lake | ) | |
| Defendant/Third –Party Plaintiff | ) | |
| vs. | ) | |
| | ) | |
| NGM Insurance Company d/b/a Main Street America Assurance Company, | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court on Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 11, 2016 Order.

Signed: April 12, 2016

Frank G. Johns, Clerk
United States District Court